**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6857**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

HENRY ANTOINE SAUNDERS,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.   Deborah K. Chasanow, Chief District Judge.  (8:03-cv-00484-DKC-2)

———————

Submitted:  September 25, 2014       Decided:  September 30, 2014

———————

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Henry Antoine Saunders, Appellant Pro Se.   Sujit Raman, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Antoine Saunders filed a motion for reduction of sentence under 18 U.S.C. § 3582(c) (2012), a request for default judgment, a request for a show cause hearing, and two requests to correct the record. He filed a notice of appeal from what he characterizes as the district court's implicit denial of the § 3582(c) motion and subsequent requests, given that the district court has not acted. Because the district court has not entered an order—final or otherwise—addressing Saunders' recent filings, we dismiss the appeal. See 28 U.S.C. §§ 1291, 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). We deny Saunders' motions for entry of default and for bail or release pending appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED